OPINION — AG — ** ELECTION, COMPENSATION ** YOU ASK: IF ELECTION OFFICIALS CONDUCTING A SPECIAL ELECTION IN STEPHENS COUNTY "FOR THE PURPOSE OF VOTING BONDS TO PURCHASE RIGHT OF WAY FOR HIGHWAY IMPROVEMENTS" ARE ENTITLED TO COMPENSATION FOR THEIR SERVICES AT THE RATE OF FIVE DOLLARS PER DAY ? — AFFIRMATIVE (PER DIEM, MILEAGE REIMBURSEMENT) CITE: 26 O.S.H. 226(A), 69 O.S.H. 170 (FRED HANSEN)